# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CASSANDRA ANN THOMAS,

    Petitioner,

vs.

STATE OF NEVADA,

    Respondent.

Case No. 3:10-CV-00433-ECR-(VPC)

**ORDER**

        Petitioner has submitted an application to proceed in forma pauperis (#1), a motion for appointment of counsel, and a notice of appeal from a decision of the Nevada Supreme Court. This court lacks jurisdiction to consider an appeal from a judgment of a state court. District of Columbia Court of Appeals v. Feldman, 460 U.S. 462, 476, 483 n.16 (1983); Rooker v. Fidelity Trust Co., 263 U.S. 413, 415-16 (1923). To the extent that petitioner seeks relief from a judgment of conviction of a state court, her sole federal remedy is through a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Preiser v. Rodriguez, 411 U.S. 475, 500 (1973).

        IT IS THEREFORE ORDERED that the clerk of the court file the motion for appointment of counsel and the notice of appeal.

        IT IS FURTHER ORDERED that petitioner's application to proceed in forma pauperis (#1) is **DENIED** as moot.

        IT IS FURTHER ORDERED that petitioner's motion for appointment of counsel is **DENIED** as moot.

///

IT IS FURTHER ORDERED that this action is **DISMISSED** without prejudice for lack of jurisdiction. The clerk of the court shall enter judgment accordingly.

DATED: July 22, 2010

_____
EDWARD C. REED
United States District Judge

-2-