AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_\_

CASSANDRA ANN THOMAS,

     Petitioner,         JUDGMENT IN A CIVIL CASE

V.

                          CASE NUMBER: **3:10-CV-00433-ECR-VPC**

STATE OF NEVADA,

     Respondent.

\_\_\_    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_**    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED** without prejudice for lack of jurisdiction.


  July 23, 2010                                     **LANCE S. WILSON**
                                                               Clerk


                                                             /s/ D. R. Morgan
                                                             Deputy Clerk